UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
TERESA RICHARDSON WARD                         CASE NO. 20-10716
6471 CHERRY GROVE ROAD                         JUDGE BENJAMIN A. KAHN
REIDSVILLE, NC  27320

  DEBTOR

SSN(1) XXX-XX-6859                             DATE: 04/27/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CASWELL CO REGISTER OF DEEDS<br>P O BOX 98<br>YANCEYVILLE, NC  27379 | $52.00<br>INT: .00%<br>NAME ID: 1470<br>CLAIM #: 0004 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| HYUNDAI CAPITAL AMERICA<br>DBA HYUNDAI MOTOR FINANCE<br>P O BOX 20809<br>FOUNTAIN VALLEY, CA  92728 | $0.00<br>INT: .00%<br>NAME ID: 155866<br>CLAIM #: 0002 | (S) SECURED<br>SURRENDERED<br>ACCT: 5211<br>COMMENT: 20HYUN,REL |
| IC SYSTEMS<br>P O BOX 64437<br>SAINT PAUL, MN  55164 | $0.00<br>INT: 5.25%<br>NAME ID: 131088<br>CLAIM #: 0003 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| JH PORTFOLIO DEBT EQUITIES LLC<br>225 S MCDOWELL ST<br>CHARLOTTE, NC  28204 | $12,464.64<br>INT: 5.25%<br>NAME ID: 183390<br>CLAIM #: 0001 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 6859<br>COMMENT: RP,FLPY |
| **TOTAL:** | **$12,516.64** | |
| SAMANTHA K BRUMBAUGH ESQ<br>IVEY MCCLELLAN GATTON & SIEGMUND LLP<br>P O BOX 3324<br>GREENSBORO, NC  27402 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/27/2021                                        OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
      Attorney for Debtor - Electronic Notice